**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roy KNIGHT, a/k/a Little Roy, Defendant-Appellant.**

No. 16-6984

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 28, 2016

Roy Knight, Appellant Pro Se. Stephen Eugene Anthony, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Knight appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Knight, No. 3:03-cr-00163-JRS-1 (E.D. Va. July 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED